**Motion granted; Appeal Dismissed and Memorandum Opinion filed December 15, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00312-CV

## THE ESTATE OF KATHI WALSH

**On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 365864**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 22, 2016. The clerk's record was filed April 14, 2016. The reporter's record was filed June 29, 2016. No brief was filed.

On October 20, 2016, this court issued an order stating that unless appellant submitted a brief on or before November 10, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

On November 14, 2016, appellee filed a motion to dismiss the appeal for want of prosecution. On November 28, 2016, appellant filed a response to the motion to dismiss. However, no brief or motion for extension of time has been filed. Accordingly, appellee's motion is granted, and the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.